```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 01956
   SEANNA L FREEMAN
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9814

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/20/2004 and was confirmed 03/11/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.49% from remaining funds.

     The case was paid in full 05/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                   CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
BANK OF NEW YORK          NOTICE ONLY    NOT FILED           .00            .00
ECAST SETTLEMENT CORP     SECURED          1000.00           .00        1000.00
ECAST SETTLEMENT CORP     UNSECURED OTH     230.46           .00          51.89
COOK COUNTY TREASURER     NOTICE ONLY    NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG       .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   12624.07           .00       12624.07
INTERNAL REVENUE SERVICE  PRIORITY         1062.11           .00        1062.11
CAPITAL ONE BANK          UNSECURED      NOT FILED           .00            .00
COOK COUNTY HOSPITAL      UNSECURED      NOT FILED           .00            .00
COOK COUNTY STROGER HOSP  NOTICE ONLY    NOT FILED           .00            .00
ISAC                      UNSECURED       25555.15           .00        5747.35
INTERNAL REVENUE SERVICE  UNSECURED          51.25           .00          11.53
SECRETARY OF HOUSING & U  SECURED NOT I    6996.00           .00            .00
DENNIS G KNIPP            DEBTOR ATTY      1,700.00                    1,700.00
TOM VAUGHN                TRUSTEE                                      1,323.05
DEBTOR REFUND             REFUND                                           3.20

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   23,523.20

PRIORITY                                       1,062.11
SECURED                                       13,624.07
UNSECURED                                      5,810.77
ADMINISTRATIVE                                 1,700.00
TRUSTEE COMPENSATION                           1,323.05
DEBTOR REFUND                                      3.20
                         ---------------    ---------------
TOTALS                    23,523.20           23,523.20

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 01956 SEANNA L FREEMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```